United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DENNIS J. TURNER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-03114 |
| **PHH MORTGAGE CORPORATION AND OCWEN LOAN SERVICING, LLC,** | § § § § § | |
| Defendants. | § | |

### AGREED ORDER GRANTING AGREED MOTION FOR CONTINUANCE OF DEADLINES

On this date the Court considered Plaintiff's and Defendant's Joint Notice/Advisory Regarding Settlement and Agreed Motion for Continuance of Deadlines (the "Motion"). The Court, having considered the Motion, pleadings, the status of this case, and the agreement of the Parties, finds that the Motion should be granted.

It is therefore ORDERED that the Motion and all relief requested therein is GRANTED.

It is further ORDERED that this action, and any pending deadlines in this action, are hereby continued and suspended for a period of 60 days. The Parties shall submit appropriate dismissal pleadings with the Court within such time or advise the court by supplemental Advisory if that will not be possible.

SIGNED and ENTERED this 4th day of January 2022, at Houston, Texas.

_____
Hon. Alfred H. Bennett
United States District Judge