IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

JAN 03 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| DENNIS J. TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-03114 |
| | § | |
| PHH MORTGAGE CORPORATION | § | |
| AND OCWEN LOAN SERVICING, | § | |
| LLC, | § | |
| | § | |
| Defendants. | | |

**JOINT NOTICE/ADVISORY REGARDING SETTLEMENT
AND AGREED MOTION FOR CONTINUANCE OF DEADLINES**

Plaintiff, Dennis J. Turner ("Plaintiff"), and PHH Mortgage Corporation and Ocwen Loan Servicing LLC ("PHH MC" and "Ocwen", collectively "Defendants")[1] (collectively the "Parties"), hereby file this Joint Notice/Advisory Regarding Settlement and Agreed Motion for Continuance of Deadlines.

The Parties have reached a settlement in principle of this action and are in the process of finalizing settlement terms and memorializing the settlement terms in a comprehensive settlement and release agreement and other related documents, so that the settlement terms may be effected. Once the final settlement terms are reached, the settlement documents will be finalized, reviewed and executed by the Parties and dismissal pleadings filed in this action.

To avoid additional costs of litigation and use of this Court's resources, and to allow time for finalization of the settlement, the Parties have agreed, and request the Court's approval, to continue and suspend this action and any pending deadlines for a period of 60 days. The Parties

---

[1] Ocwen Loan Servicing, LLC merged into PHH MC effective June 1,2019, with PHH MC as the surviving merger entity. Therefore, Ocwen does not exist as a separate entity or Defendant.

4874-3237-7863.1

shall submit appropriate dismissal pleadings to the Court within that time period or, if that is not possible, shall file a further Advisory with the Court advising as to the status of settlement.

The Parties file this Notice/Advisory and Agreed Motion subject to and without waiver of any and all rights or defenses in this cause. A proposed Agreed Order has been submitted herewith.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court take notice of this Notice/Advisory and all matters addressed herein, and order continuance and suspension of this action and all deadlines for a period of 60 days to allow the Parties to finalize their settlement and submit appropriate dismissal pleadings to the Court.

December __, 2021

Jointly Respectfully Submitted and Agreed:

**PLAINTIFF PRO SE**

By: _/s/ Dennis J. Turner(signed with permission)_
Dennis J. Turner
10113 Forest Spring Lane
Pearland, TX 77584
(832) 540-4656

**DYKEMA GOSSETT PLLC**

By: _/s/ Brett W. Schouest_
Brett W. Schouest
State Bar No. 17807700
Southern District I.D. No. 15356
bschouest@dykema.com
Carrie C. Gorner
State Bar No. 24101198
Southern District I.D. No. 3709663
cgorner@dykema.com

112 E. Pecan, Suite 1800
San Antonio, TX 78205
(210) 554-5500
(210) 226-8395 (Fax)

*__Attorneys for Defendants__*