Civil Action No 4:21-CV-03114

Witness

United States Courts
Southern District of Texas
FILED

JAN 13 2022

Nathan Ochsner, Clerk of Court

Hello Magistrate!

My name is Blanche Turner, I'm the Mother of Dennis James Turner. I help my son each month if needed with bills and my grandson Blake Turner with his college tuition. My son has brought to my attention occasionally how his mortgage company was over charging him for his house payments. This my reason for helping him, because I did not want to see him struggle with his mortgage note. He showed me what he was paying on his mortgage and I know for a fact he is being over charged for mortgage note. My son pays his bills on time. He has paid off some debt in the past which both of our name was on that debt. I know he works hard to pay his debt.


Blanche Turner

*Blanche Tu—*

1/13/22