*Civil Action No 4:21-CV-03114*

Witness

United States Courts
Southern District of Texas
F I L E D

JAN 13 2022

Nathan Ochsner, Clerk of Court

Hello Magistrate!

My name is Brad Turner, I am currently employed with Harris County Sheriff's Office. I help my dad Dennis Turner pay the mortgage bill by giving him $300 dollars every month. My dad would often complain to me about how the mortgage company would over charge him for the mortgage so I would assist him with more funding. I am classified as a witness because he would show me letters and bills that these companies would send in the mail and it was unclear to why they would overcharge him for the mortgage.

Brad Turner

*Brad Turner*   01-13-22