*Civil Action No 4:21-CV-03114*

## Office 1982

**From:** d turner <dj1982turner@yahoo.com>
**Sent:** Thursday, January 13, 2022 12:02 PM
**To:** Office 1982
**Subject:** [EXTERNAL] Fwd: Dennis Turner/ Mortgage Payment/Your One-Time Payment Confirmation

---

| Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin. |
| --- |

United States Courts
Southern District of Texas
FILED

Begin forwarded message:

JAN 13 2022

Nathan Ochsner, Clerk of Court

**From:** d turner <dj1982turner@yahoo.com>
**Date:** Dec 30, 2021 at 12:04 PM
**To:** Carrie Gorner <cgorner@dykema.com>
**Cc:** Aurethabrooks63@gmail.com <aurethabrooks63@gmail.com>
**Subject: Fwd: Dennis Turner/ Mortgage Payment/Your One-Time Payment Confirmation**

Begin forwarded message:

**From:** Noreply <noreply@mortgagesvcs.com>
**Date:** Dec 30, 2021 at 12:01 PM
**To:** Dj1982Turner <dj1982turner@yahoo.com>
**Subject: Your One-Time Payment Confirmation**

Dear Dennis Turner,

Thank you for your payment! This email is confirmation that an ACH payment for $1,841.89, which includes a phone payment fee of $0.00, was scheduled for processing by PHH Mortgage Services for loan number ending in 4673.

The transaction details are below:

Payment Effective Date: 12/30/2021
Last 4 of Bank Account Number: 3705
Payment Amount(s): $1,841.89
Phone Payment Fee Amount: $0.00
Total Withdrawal Amount: $1,841.89
Confirmation Number: 101861540

1

The above transaction will draft from your designated bank account within 4 business days from the payment effective date. Please retain this email for your records.

You can visit www.mortgagequestions.com for around-the-clock access to your account. If you enroll in paperless delivery, you can have access to your monthly account statement faster and will have the ability process future online payments at no charge.

Sincerely,
PHH Mortgage Services

Please note: This email address does not accept incoming email messages. Please do not reply to this message.

---

Please consider the environment before printing this email

NOTICE: This communication and any attachments may contain non-public, confidential and/or proprietary information for disclosure to and use by the intended recipient only. If you have received this communication in error, please delete or destroy it and all copies and attachments immediately, and notify the sender. If you are not the intended recipient, be advised that any review, distribution or printing of this communication is prohibited. An error in transmission is not intended to waive confidentiality or privilege. We reserve the right, to the extent permitted under applicable law, to monitor electronic communications.