IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DENNIS J. TURNER,** § § § **Plaintiff,** § § **v.** § § **PHH MORTGAGE CORPORATION** § **AND OCWEN LOAN SERVICING,** § **LLC,** § § **Defendants.** § | **CIVIL ACTION NO. 4:21-CV-03114** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff, Dennis J. Turner ("Plaintiff"), and Defendants, PHH Mortgage Corporation and Ocwen Loan Servicing LLC ("PHH MC" and "Ocwen", collectively "Defendants")[1] (Plaintiff and Defendants collectively, "Parties"), hereby file their Joint Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof would respectfully show the Court the following:

1.      The Parties hereby jointly stipulate to dismiss the above civil case, and all claims asserted therein, with prejudice to refiling the same, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.      The Parties also agree that all costs of court and attorney's fees incurred shall be borne by the Party incurring the same.

WHEREFORE, Plaintiff and Defendants hereby jointly stipulate and request that the Court enter an Order dismissing the above civil case, and all claims asserted therein, with prejudice to

---

[1] Ocwen Loan Servicing, LLC merged into PHH MC effective June 1,2019, with PHH MC as the surviving merger entity. Therefore, Ocwen does not exist as a separate entity or Defendant.

the refiling of the same, and for such other and further relief to which the Parties may be justly entitled.

Dated: March 17, 2022

Jointly respectfully submitted,

| | |
|---|---|
| */s/ Dennis J. Turner(signed with permission)*<br>Dennis J. Turner<br>10113 Forest Spring Lane<br>Pearland, TX 77584<br>(832) 540-4656<br><br>***Plaintiff Pro Se*** | */s/ Brett W. Schouest*<br>Brett W. Schouest<br>State Bar No. 17807700<br>Southern District ID 15356<br>BSchouest@dykema.com<br>Carrie C. Gorner<br>State Bar No. 24101198<br>Southern District ID 3709663<br>**DYKEMA GOSSETT PLLC**<br>112 East Pecan St., Suite 1800<br>San Antonio, Texas 78205<br>(210) 554-5500 – Telephone<br>(210) 226-8395 – Facsimile<br><br>***Attorneys for Defendants*** |